WESLEY MANDEVILLE, as Executor, Respondent, *v.* EDWARD H. AVERY, Impleaded, etc., Appellant.

(Argued October 13, 1892; decided October 28, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 8, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. C. Avery* for appellant.

*David Hays* for respondent.

Agree to affirm on authority of *Mandeville* v. *Avery* (124 N. Y. 376).

All concur.

Judgment affirmed.

---

OLIVER M. KEMP, as Executor, etc., Appellant, *v.* THE GOOD TEMPLARS' MUTUAL BENEFIT ASSOCIATION, Respondent.

(Argued October 13, 1892; decided October 28, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1892, which denied a motion for a new trial and ordered judgment for defendant upon verdict directed at Circuit.

*Clarence A. Farnum* for appellant.

*R. E. White* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.